**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 15-6886**

─────────────

JAMES BOWERS JOHNSON,

              Plaintiff - Appellant,

     v.

UNITED STATES OF AMERICA; DEPARTMENT OF JUSTICE; DEPARTMENT
OF THE TREASURY; DEPARTMENT OF INTERNAL REVENUE SERVICE;
INTERNAL REVENUE SERVICE,

              Defendants - Appellees.

─────────────

**No. 15-6887**

─────────────

JAMES BOWERS JOHNSON,

              Plaintiff - Appellant,

     v.

UNITED STATES OF AMERICA; DEPARTMENT OF JUSTICE; DEPARTMENT
OF THE TREASURY; DEPARTMENT OF INTERNAL REVENUE SERVICE,

              Defendants - Appellees.

─────────────

Appeals from the United States District Court for the Western
District of Virginia, at Roanoke. Michael F. Urbanski, District
Judge. (7:15-cv-00076-MFU-RSB; 7:15-cv-00067-MFU-RSB)

─────────────

Submitted: October 20, 2015        Decided: October 23, 2015

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Bowers Johnson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated cases, James Bowers Johnson, a federal inmate, appeals the district court's orders dismissing as frivolous Johnson's consolidated civil complaints and denying Johnson's motion for reconsideration of that order. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. See Johnson v. United States, Nos. 7:15-cv-00076-MFU-RSB; 7:15-cv-00067-MFU-RSB (W.D. Va. May 11, 2015 & May 28, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED